**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Wilson-Davis & Co., Inc.,** | ) | **CASE NO.  1:16 CV 3056** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **James Mirgliotta, et al,** | ) | **Memorandum of Opinion and Order** |
| | ) | |
| **Defendants.** | ) | |

This case is before the Court upon Plaintiff Wilson-Davis & Co., Inc.'s Motion for Expedited Discovery in Support of Motion for Preliminary Injunction (Doc. 7). Plaintiff's motion is denied at this time. Defendants have indicated that they intend to file a motion to dismiss. To allow the Court to rule on the motion to dismiss as expeditiously as possible, Plaintiff's brief in opposition will be due fourteen days after the motion is filed, and Defendants' reply will be due seven days thereafter. The Court will rule promptly on the motion. If it is denied, the Court will entertain another motion for expedited discovery and will set a briefing schedule for Plaintiff's Motion for Preliminary Injunction. The Court understands that Plaintiff may have to file the Submission Agreement with FINRA prior to a ruling on the motion to

1

dismiss; however, the arbitration itself is not scheduled until considerably later in the year.

    IT IS SO ORDERED.


                                       */s/ Patricia A. Gaughan*
                                       PATRICIA A. GAUGHAN
Dated: 1/12/17                    United States District Judge