UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILSON-DAVIS & CO., INC.<br>236 South Main Street<br>Salt Lake City, UT  84101-2104<br><br>    Plaintiff,<br><br>v.<br><br>JAMES MIRGLIOTTA,<br>449 Berwick Circle<br>Aurora, OH  44202<br><br>and<br><br>JAMES MIRGLIOTTA, ADMINISTRATOR OF THE ESTATE OF BETTE MIRGLIOTTA, DECEASED<br>449 Berwick Circle<br>Aurora, OH  44202<br><br>    Defendants. | CASE NO.  1:16-cv-03056<br><br>JUDGE:  Patricia A. Gaughan<br><br><br><br>AMENDED NOTICE OF APPEAL |

Notice is hereby given that Wilson-Davis & Co., Inc., plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgments of the United States District Court for the Northern District of Ohio, Eastern Division, in the above-captioned case.

Wilson-Davis previously gave notice, and hereby again gives notice, that appeal is taken from that portion of the District Court's April 28, 2017 Judgment Entry [Doc. #50] holding that

Defendants' claims against Wilson-Davis regarding their investment losses in New Market Enterprises are subject to FINRA arbitration.

Subsequent to filing that Notice of Appeal, the District Court denied Wilson-Davis's Motion to Alter or Amend Judgment Under Rule 59(e), or Alternatively, for Relief from Judgment Under Rules 60(b) by Memorandum of Opinion and Order dated May 25, 2017. Wilson-Davis hereby gives notice that appeal is taken from the Memorandum of Opinion and Order dated May 25, 2017 [Doc. #56], denying Wilson-Davis's Motion to Alter or Amend Judgment Under Rule 59(e), or Alternatively, for Relief from Judgment Under Rules 60(b).

DATED this 5th day of June, 2017.

>Philip J. Weaver, Jr. (Ohio Bar #0025491)
>SMITH MARSHALL, LLP
>7251 Engle Road, Suite 404
>Middleburg Hts., OH  44130
>(440) 243-4994
>Fax: (440) 243-6598
>Email;  pjw@smithmarshall.com
>
>
>Mark O. Van Wagoner (Utah #3323)
>SAVAGE, YEATES & WALDRON
>170 South Main Street
>Salt Lake City, UT  84101
>(801) 328-2200
>Email:  movw@comcast.net
>
>
>        /s/ D. Craig Parry
>D. Craig Parry
>PARR BROWN GEE & LOVELESS
>101 South 200 East, Suite 700
>Salt Lake City, Utah 84111
>(801) 532-7840
>Email:  cparry@parrbrown.com

**CERTIFICATE OF SERVICE**

I CERTIFY that on June 5th, 2017 I filed the foregoing AMENDED NOTICE OF APPEAL electronically through the CM/ECF system which served a copy on the following:

Robert J. Dubyak
6105 Parkland Boulevard, Suite 230
Cleveland, Ohio 44124
Attorney for Defendants

                                           D. Craig Parry
                                           /s/ D. Craig Parry