# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-3496

_____

Filed: January 30, 2018

WILSON-DAVIS & CO., INC.

    Plaintiff - Appellant                            1:16cv3056 - PAG

v.

JAMES MIRGLIOTTA, Individually and as Administrator of the Estate of Bette Mirgliotta, Deceased

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 01/08/2018 the mandate for this case hereby issues today. Affirmed

COSTS: None